# Exhibit 1

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | FileHash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 71.92.105.212 | BitTorrent 7.7.3 | 02/17/2013 03:18:48 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Charter Communic | Yakima |
| 2 | 67.185.250.190 | Vuze 4.8.0.0 | 02/16/2013 12:09:48 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 3 | 98.225.30.177 | BitTorrent 7.7.3 | 02/11/2013 10:53:31 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 4 | 68.119.15.168 | µTorrent 3.2.3 | 01/15/2013 11:11:14 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Charter Communic | West Richland |
| 5 | 68.113.9.56 | BitTorrent 7.6.1 | 12/29/2012 02:24:01 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Charter Communic | Kennewick |
| 6 | 50.123.71.79 | Transmission 2.51 | 12/22/2012 02:00:54 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Wenatchee |
| 7 | 68.119.15.128 | Vuze 4.8.0.0 | 12/20/2012 04:34:16 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Charter Communic | West Richland |
| 8 | 199.36.95.71 | µTorrent 3.1.2 | 12/19/2012 01:57:43 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | LocalTel Communi | Wenatchee |
| 9 | 67.237.227.124 | µTorrent 3.2.3 | 12/15/2012 11:12:25 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Embarq Corporatio | Grandview |
| 10 | 71.37.130.169 | µTorrent 3.1.0 | 12/14/2012 06:33:22 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Yakima |
| 11 | 67.185.38.85 | µTorrent 3.2.3 | 12/14/2012 07:21:29 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 12 | 174.31.83.171 | BitTorrent 7.7.0 | 12/12/2012 06:42:37 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Spokane |
| 13 | 24.16.113.58 | µTorrent 3.2.3 | 12/11/2012 10:29:03 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 14 | 67.185.235.226 | µTorrent 3.2.3. | 12/11/2012 04:08:46 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 15 | 174.61.161.244 | µTorrent 3.2.3 | 12/10/2012 12:43:20 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 16 | 76.28.216.226 | Vuze 4.8.0.0 | 12/07/2012 05:45:24 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 17 | 67.5.94.32 | µTorrent 2.0.1 | 12/07/2012 01:00:42 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Deer Park |
| 18 | 67.160.38.27 | BitTorrent 7.6.1 | 12/02/2012 12:55:52 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 19 | 71.37.135.90 | µTorrent 3.2.2 | 12/05/2012 03:21:11 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Spokane |
| 20 | 66.243.237.91 | BitTorrent 7.7.2 | 12/03/2012 11:36:42 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Fairpoint Commun | Selah |
| 21 | 67.185.155.193 | BitTorrent 7.3.5 | 12/02/2012 11:57:39 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Liberty Lake |
| 22 | 24.16.123.206 | BitComet 1.21 | 12/02/2012 04:39:20 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 23 | 97.115.138.248 | µTorrent 3.2.0 | 12/02/2012 06:17:31 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Spokane |
| 24 | 50.35.221.25 | µTorrent 3.1.3 | 12/02/2012 06:06:35 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Frontier Communi | Benton City |
| 25 | 67.185.249.5 | µTorrent 3.1.3 | 12/02/2012 01:36:58 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 26 | 71.92.104.96 | BitTorrent 7.6.1 | 12/02/2012 01:10:07 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Charter Communic | Kennewick |
| 27 | 97.115.143.158 | µTorrent 3.1.3 | 12/01/2012 06:03:50 PM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Century Link | Spokane |
| 28 | 67.185.123.3 | µTorrent 2.0.1 | 12/01/2012 03:35:18 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |
| 29 | 24.16.115.15 | µTorrent 3.2.0 | 12/01/2012 02:26:28 AM | SHA1: 33E6C4D5563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Spokane |