```
 1 | Maureen C. VanderMay, WSBA No. 16742
   | The VanderMay Law Firm
 2 | 2085 Commercial Street NE
   | Salem, OR 97301
 3 | (503) 588-8053
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC, | Case No.: CV-13-115-TOR |
| Plaintiff, | |
| v. | PLAINTIFF'S RULE 7.1 DISCLOSURE |
| DOES 1 – 29, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Elf-Man, LLC states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: March 22, 2013

Respectfully submitted,

The VanderMay Law Firm

/s Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742
email: court@vandermaylawfirm.com
The VanderMay Law Firm
2085 Commercial Street NE
Salem, OR 97301
(503) 588-8053
Of Attorneys for Plaintiff

PLAINTIFF'S RULE 7.1 DISCLOSURE – Page 1