UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>JON BAUER, et al.,<br><br>            Defendants. | NO: 13-CV-0115-TOR<br><br>ORDER SEVERING DEFENDANT RYAN LAMBERSON |

BEFORE THE COURT is a Motion to Sever filed by Defendant Ryan Lamberson (ECF No. 64). Plaintiff has consented to the requested relief. ECF No. 1 at ¶ 36. Accordingly, the motion is **GRANTED**. Defendant Ryan Lamberson is hereby **SEVERED** from the above-captioned case.

**IT IS HEREBY ORDERED:**

1. The District Court Executive is directed to open a new case number in the filing system, replicate the filings at ECF Nos. 1, 2, 26, 30-18, 34, 54, 57, 58, 64, 65, 78 and a copy of this Order in that new case, and

ORDER SEVERING DEFENDANT RYAN LAMBERSON ~ 1

designate that new case to the undersigned Judicial Officer. Irrespective that the Complaint and Amended Complaint list multiple defendants, this new case will only proceed against Defendant Ryan Lamberson.

2. Plaintiff is ordered to contact the office of the Clerk of Court and arrange for the prompt payment of the case filing fees for this new case.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and furnish copies to the remaining Defendants whose addresses are presently of record, and **TERMINATE** Defendant Ryan Lamberson from this case.

**DATED** November 21, 2013.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER SEVERING DEFENDANT RYAN LAMBERSON ~ 2