# Exhibit 1

//

Entity Name: ELF-MAN, LLC
Dept ID #: W14390330

| General Information | **Amendments** | **Personal Property** | **Certificate of Status** |
|---|---|---|---|

| | |
|---|---|
| **Principal Office (Current):** | SUITE 222<br>7820B WORMANS MILL ROAD<br>FREDERICK, MD 21701 |
| **Resident Agent (Current):** | RICHARD JEFFERIES<br>SUITE 222<br>7820B WORMANS MILL ROAD<br>FREDERICK, MD 21701 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes     **What does it mean when a business is not in good standing or forfeited?** |
| Business Code: | Other |
| **Date of Formation or Registration:** | 11/17/2011 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

//

Entity Name: ELF-MAN, LLC
Dept ID #: W14390330

| **General Information** | Amendments | **Personal Property** | **Certificate of Status** |
|---|---|---|---|

Page 1 of 1

| Description | **Date Filed** | **Time** | **Film** | **Folio** | **Pages** | View Document | Order Copies |
|---|---|---|---|---|---|---|---|
| **ARTICLES OF ORGANIZATION** | 11/17/2011 | 08:54-AM | | | 0002 |  | |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

//

Entity Name: ELF-MAN, LLC
Dept ID #: W14390330

| **General Information** | **Amendments** | Personal Property | **Certificate of Status** |
|---|---|---|---|

Mailing Address

ELF-MAN, LLC
SUITE 222
7820B WORMANS MILL ROAD
FREDERICK, MD 21701

Personal Property Filings

| **Asmt. Year** | **Filing Date** | **Extension** | **Penalty Amount** | **Penalty Paid Date** |
|---|---|---|---|---|
| 2013 | 04/12/2013 | No | | |
| 2012 | 06/15/2012 | Yes | | |
| 2011 | | No | | |
| 2010 | | No | | |
| 2009 | | No | | |

Personal Property Assessments Summary

| **Asmt. Year** | Date Assessed | **County Base** | **Town Base** | **Date Certified** |
|---|---|---|---|---|
| 2013 | | | | |
| 2012 | 10/05/2012 | 0 | 0 | |
| 2011 | | | | |
| 2010 | | | | |
| 2009 | | | | |

Personal Property Assessments Certification Information

| **Asmt. Year** | Location | County | License | Town | **Date Certified** |
|---|---|---|---|---|---|

| Link Definition | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

# CORPORATE CHARTER APPROVAL SHEET
***EXPEDITED SERVICE*** ** KEEP WITH DOCUMENT **

DOCUMENT CODE  40        BUSINESS CODE  20

\# _____

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____
_____
_____
_____

Surviving (Transferee) _____
_____
_____

```
1000362002533380

ID # W14390330  ACK # 1000362002533380
PAGES: 0002
ELF-MAN, LLC
                                    MAIL
                                    BACK
11/17/2011  AT 08:54 A WO # 0003888502
```

New Name _____

FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 70 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | 1 |
| Copy Fee: | 22 |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | 5 |
| Other: | |
| TOTAL FEES: | 197 |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
         and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____
Attention: _____

```
LEGALZOOM
101 N. BRAND BLVD.
11TH FLOOR
GLENDALE CA 91203
```

Credit Card  ✓    Check _____    Cash _____

_____ Documents on _____ Checks

Approved By: M_____

Keyed By: _____

COMMENT(S):

*CERTIFIED COPY MADE*

```
CUST ID:0002671922
WORK ORDER:0003888502
DATE:11-21-2011 05:10 PM
AMT. PAID:$2,040.00
```

11/14/2011 13:48 FAX  3016204098                                              ☒003/003

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: ELF-MAN, LLC

(2) The purpose for which the Limited Liability Company is filed is as follows: Engaging in the business of Entertainment Services - Film Production

(3) The address of the Limited Liability Company in Maryland is 7820 Wormans Mill Road, Suite 222, Frederick, Maryland 21701

(4) The resident agent of the Limited Liability Company in Maryland is Richard Jefferies whose address is 7820B Wormans Mill Road, Suite 222, Frederick, Maryland 21701

(5) _[signature]_
Miranda Wideman
Signature(s) of Authorized Person(s)

(6) _[signature]_
Resident Agent
I hereby consent to my designation in this document.
Richard Jefferies

Filing party's return address:

C/O Legalzoom.com, Inc.

101 N. Brand Blvd., 11th Floor

Glendale, CA 91203

CUST ID:0002671922
WORK ORDER:0003888502
DATE:11-21-2011 05:10 PM
AMT. PAID:$2,040.00