# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| ELF-MAN LLC, | | Case No. 13-CV-0395-TOR |
| --- | --- | --- |
| | Plaintiff, | **CIVIL MINUTES** |
| vs. | | DATE: 12/19/2013 |
| RYAN LAMBERSON, | | LOCATION: Spokane |
| | Defendant. | **TELEPHONIC SCHEDULING CONFERENCE** |

### JUDGE THOMAS O. RICE

| Linda Hansen | | | Mark Snover |
| --- | --- | --- | --- |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Maureen C VanderMay | | John C Lynch<br>Jeffrey R Smith | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ ] Open Court          [ ] Chambers          [X] Telephonic

All parties present by phone. The parties' Joint Status Certificate and Proposed Discovery Plan has been reviewed by the Court.

Court and counsel discuss the need for a deadline to add parties and amend pleadings – the Court will set a date sixty days out.

Court advised counsel that he is available for informal telephonic discovery conferences, if needed, and that the Magistrate Judges in this district are available to assist with mediation.

The Court advised that an order will be forthcoming in the corresponding case and that defendants shall have 60 days after the filing of the order to amend the Answer to the Complaint.

Mr. Lynch advised the Court of fact witnesses located in Germany and his concerns regarding their availability for discovery. Ms. VanderMay advised of plaintiff's intention to cooperate in this regard. The Court advised counsel to discuss the available options and that they may seek the Court's assistance if needed.

The Court established the following Schedule:

    Discovery Cut Off:         April, 2015
    Dispositive Motions:       April, 2015
    Jury Trial:                  July 20, 2015 in Spokane at 8:30 a.m.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 9:00 AM | ADJOURNED: 9:13 AM | TIME: 13 MINS | CALENDARED [ ] |
| --- | --- | --- | --- |