HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
　　　　 jeffreys@leehayes.com
　　　　 rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN LAMBERSON, <br><br> Defendant. | No. 2:13-CV-0395-TOR <br><br> DEFENDANT LAMBERSON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM <br><br> March 12, 2014 <br> Without Oral Argument |

Defendant Ryan Lamberson, through his counsel Lee & Hayes PLLC, hereby moves this Court for Orders as to the following:

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

1.Defendant Moves to withdraw its First Amended Answer, Affirmative Defenses and Counterclaim (ECF #18) filed January 3, 2104, without prejudice and pursuant to Fed. R. Civ. P. 41(a)(2), (c), and

2.Defendant Moves to Dismiss Plaintiff's First Amended Complaint (ECF #3) pursuant to Fed. R. Civ. P. 12(b)(6).

3.Defendant Moves in the alternative for Leave to File a Second Amended Answer, Affirmative Defenses and Counterclaim, pursuant to Fed. R. Civ. P. 15(a)(2), (d).

A.<u>The Interests of Justice Should Allow Defendant to Withdraw its First Amended Answer, Affirmative Defenses and Counterclaim without Prejudice.</u>

Defendant moves to withdraw its First Amended Answer, Affirmative Defenses and Counterclaim, so as to allow it to move for dismissal of the First Amended Complaint under Fed. R. Civ. P. 12(b)(6) on the basis of the Order Granting Motion to Dismiss as to that identical First Amended Complaint as entered by Judge Lasnik in Elf-Man, LLV v. Cariveau et al, Case No. 2:13-cv-00507-RSL in the Western District of Washington on January 17, 2014. (ECF #78 in that matter). In the Alternative, Defendant requests leave to file a Second Amended Answer, Affirmative Defenses and Counterclaim.

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

This lawsuit against Mr. Lamberson was severed from the companion case (Elf-Man LLC v. Brown et al, case No. 2:13-cv-00115-TOR) on November 21, 2013 and the new Case No. 2:13-cv-00395-TOR was created.  On November 22, 2013, a Notice Setting Court's Scheduling Conference (ECF #13) issued, triggering the requirements of Fed. R. Civ. P. 26(a), (f), even though Defendant had yet to Answer or responsively plead to the First Amended Complaint.   Consequently, Defendant hurried to file its Answer, Affirmative Defenses and Counterclaim on December 17, 2013 (ECF #15) before in the Scheduling Conference and filed a First Amended Answer, Affirmative Defenses and Counterclaim on January 3, 2014 (ECF #18).   Plaintiff filed a Motion to Dismiss Defendant's Amended Answer, Affirmative Defenses and Counterclaim on Friday January 17, 2014 (ECF #20), at the same time that Judge Lasnik entered his order dismissing the identical First Amended Complaint in the Western District.

Defendant Lamberson has moved to voluntarily dismiss its First Amended Answer, Affirmative Defenses and Counterclaim without prejudice and under Fed. R. Civ. P. 41(a)(2) and (c).  The First Amended Answer was filed less than 21 days ago.  Allowing this dismissal without prejudice is in the interests of justice.  If this court is inclined to follow Judge Lasnik's ruling as to the identical First Amended Complaint, Mr. Lamberson can file a new Answer, Affirmative Defenses and

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

Counterclaim as to any Second Amended Complaint that may result from such a ruling. If this court is inclined to grant the pending Fed. R. Civ. P. 12(b)(6) Motion with prejudice and without leave to amend, then defendant is satisfied with withdrawal of its counterclaims and can proceed toward awardable costs of the action.

B. <u>The Interests of Justice Should Allow Defendant Lamberson to Join the pending Fed. R. Civ. P. 12(b)(6) Motion.</u>

A Fed. R. Civ. P. 12(b)(6) Motion to Dismiss is pending as to the First Amended Complaint in the companion case (Case No. 2:13-cv-00115-TOR, ECF #76.) The First Amended Complaint is identical to that which was also the subject of a pending Fed. R. Civ. P. 12(b)(6) Motion (ECF #60) in the Western District of Washington, Case No. 2:13-cv-00507-RSL. Judge Lasnik granted that Motion last Friday January 17, 2014 (ECF #78), and this court is set to rule on an identical Motion (by the same counsel, on the same briefing, as to the identical First Amended Complaint.)

Defendant Lamberson joins in the pending Motion to Dismiss and asks the Court to grant it with prejudice or as ordered by Judge Lasnik.

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

C.   The Interests of Justice Should Allow Defendant Lamberson to File a Second Amended Answer, Affirmative Defenses and Counterclaim.

If the Court does not allow Defendant Lamberson to withdraw and dismiss its First Amended Answer, Affirmative Defenses and Counterclaim so as to allow it to join the pending Fed. R. Civ. P. 12(b)(6) Motion, then Mr. Lamberson requests leave to file its Second Amended Answer, Affirmative Defenses and Counterclaim. The form of that proposed Second Amended Answer, Affirmative Defenses and Counterclaim is attached as Exhibit 1.

Mr. Lamberson has recently amicably terminated his account with Comcast, his Internet Service Provider. Mr. Lamberson's counsel was so informed over the telephone in a call with Mr. Lamberson on January 8, 2014 . (Exhibit 2, Declaration of J. Christopher Lynch at paragraph 2.) Consequently, his damages and potential for continuing damages caused by the plaintiff's defamation and tortious interference with Mr. Lamberson's relationship with Comcast have ended, and Defendant proposes to drop its Counterclaims 4 and 6.

Plaintiff filed a Motion to Dismiss (ECF #20) on Friday January 17, 2014; but defendant's proposed Second Amended Answer, Affirmative Defenses and Counterclaim directly addresses the majority of the points raised in that Motion by

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 5

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

making amendments as to the allegedly improper form. (Exhibit 2, Lynch Dec. at paragraph 3.)

Defendant will timely file its Opposition to Plaintiff's Motion, but offers this Second Amended Answer, Affirmative Defenses and Counterclaim in the interests of judicial economy and to streamline the proceedings by eliminating issues.  This offer is made in the alternative to defendant's motion to withdraw its responsive pleading and to proceed to join the Fed. R. Civ. P. 12(b)(6) Motion pending in the companion case.

Motions to Amend under Fed. R. Civ. P. 15 should be granted with good cause shown and in the early stages of the proceedings as is the case here.

D.     Conclusion

Consequently, Defendant Lamberson requests an Order (i) allowing withdrawal without prejudice of Defendant's Answer, Affirmative Defenses and Counterclaim and First Amended Answer, Affirmative Defenses and Counterclaim, (ii) dismissing the First Amended Complaint, or in the alternative (iii) to allow Defendant to file its proposed Second Amended Answer, Affirmative Defenses and Counterclaim.

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 6

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

DATED this 20th day of January, 2014.

                    LEE & HAYES, PLLC


                  By: *s/ J. Christopher Lynch*
                      J. Christopher Lynch, WSBA #17462
                      Jeffrey R. Smith, WSBA #37460
                      Rhett V. Barney, WSBA #44764
                      601 W. Riverside Avenue, Suite 1400
                      Spokane, WA 99201
                      Phone: (509) 324-9256
                      Fax: (509) 323-8979
                      Emails: chris@leehayes.com
                                   jeffreys@leehayes.com
                                   rhettb@leehayes.com

                  *Counsel for Defendant Ryan Lamberson*

DEFENDANT LAMBERSON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM- 7

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2014, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maureen C. VanderMay          efile@vandermaylawfirm.com

LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: chris@leehayes.com

DEFENDANT LAMBERSON'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT, OR FOR LEAVE TO FILE SECOND
AMENDED ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM- 8

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979