HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
         jeffreys@leehayes.com
         rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>                              Plaintiff,<br><br>     vs.<br><br>RYAN LAMBERSON,<br><br>                          Defendant. | No. 2:13-CV-0395-TOR<br><br>DEFENDANT LAMBERSON'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM |

        Defendant Ryan Lamberson, through his counsel Lee & Hayes PLLC,

submits this Reply Memorandum in Support of his Motion for Leave to File Second

Amended Answer, Affirmative Defenses, and Counterclaims (ECF No. 21).

DEFENDANT LAMBERSON'S REPLY
ON MOTION FOR LEAVE TO AMEND- 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

Mr. Lamberson had asked this Court to allow withdrawal of his First Amended Answer, Affirmative Defenses and Counterclaim (ECF No. 18) to allow him to join in the then-pending Fed. R. Civ. P. 12(b)(6) Motion. Since Judge Lasnik had dismissed the entire case, and since there was a chance Judge Rice would do the same, Mr. Lamberson wanted to be in a procedural posture to take advantage of such a ruling. Since Judge Rice did not rule to dismiss the Complaint, but only found that Count 3 of the Complaint did not state a claim, the request to withdraw and join the 12(b)(6) Motion was mooted.

In the alternative, Mr. Lamberson requested authority to file a Second Amended Answer, Affirmative Defenses and Counterclaims. The interests of justice support this amendment because it comes at the early stages of the case, and at a time when plaintiff has still not complied with its outstanding discovery or Initial Disclosure obligations. Mr. Lamberson's Memorandum in Opposition (ECF No. 25) to Plaintiff's Motions in Response to Defendant's First Amended Answer and Affirmative Defenses and Counterclaim (ECF No. 20) explains the procedural posture that Mr. Lamberson has resolved his relationship with Comcast, his internet service provider which was confronted with plaintiff's subpoena issued without testimony. Consequently, Mr. Lamberson has dropped his state law claims for tortious interference and defamation. Mr. Lamberson has dropped his Consumer

DEFENDANT LAMBERSON'S REPLY
ON MOTION FOR LEAVE TO AMEND- 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Protection Act claim, but only for simplicity since he has continued to plead the operative facts that state a claim thereunder. Mr. Lamberson has modified his request for cancellation of the copyright, but still urges an Order for cancellation directly to the plaintiff, which is entirely within the court's discretion. Mr. Lamberson's two other counterclaims (a declaration of non-infringement and a declaration of unenforceability) remain the same.

Mr. Lamberson's Memorandum in Opposition (ECF No. 25) and its supporting Declaration of counsel (ECF No. 26) explain that the request for leave to file the Second Amended Answer, Affirmative Defenses and Counterclaim remain in the interests of justice and are entirely supported by the facts known to date. Amendment at this stage of the proceeding should be allowed and comports with the interests of justice. See, for example, *Farnan v. Capistrano Unified School District*, 654 F.3d 975 984 (9th Cir. 2011.)

Consequently, defendant requests that his Motion to allow filing of the proposed Second Amended Answer, Affirmative Defenses and Counterclaim.

/ /

/ /

/ /

/ /

DEFENDANT LAMBERSON'S REPLY
ON MOTION FOR LEAVE TO AMEND- 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1    DATED this 10th day of February, 2014.

2                            LEE & HAYES, PLLC

3

4

5                    By: *s/ J. Christopher Lynch*

6                        J. Christopher Lynch, WSBA #17462

7                        Jeffrey R. Smith, WSBA #37460

                         Rhett V. Barney, WSBA #44764
8                        601 W. Riverside Avenue, Suite 1400

9                        Spokane, WA 99201

10                       Phone: (509) 324-9256

                         Fax: (509) 323-8979
11                       Emails:  chris@leehayes.com

12                                jeffreys@leehayes.com

13                                rhettb@leehayes.com

14
                         *Counsel for Defendant Ryan Lamberson*
15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT LAMBERSON'S REPLY
ON MOTION FOR LEAVE TO AMEND- 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2014, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maureen C. VanderMay              efile@vandermaylawfirm.com


LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: chris@leehayes.com

DEFENDANT LAMBERSON'S REPLY
ON MOTION FOR LEAVE TO AMEND- 5