# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| ELF-MAN LLC, | | Case No. 13-CV-0395-TOR |
| --- | --- | --- |
| | Plaintiff, | **CIVIL MINUTES** |
| vs. | | DATE: 2/27/2014 |
| RYAN LAMBERSON, | | LOCATION: Spokane |
| | Defendant. | **TELEPHONIC DISCOVERY CONFERENCE** |

### JUDGE THOMAS O. RICE

| Linda Hansen | | | Ronelle Corbey |
| --- | --- | --- | --- |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Maureen C VanderMay | | Jeffrey R Smith | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ ] **Open Court**           [ ] **Chambers**           [X] **Telephonic**

All parties present by phone.   The Court has read the submissions of the parties.

Maureen VanderMay addressed the Court as to the status of plaintiff's responses to discovery. The Court and Ms. VanderMay discussed the status of the investigators as fact witnesses and Requests for Production 19-22.

The Joint Motion for Protective Order filed at ECF No. 23 will be considered by the Court today.

The Court provided oral rulings regarding discovery following the outline in Mr. Smith's letter to the Court dated 2/25/2014:

    RFP #5:      Produce any agreements with Wiseacre Films relating to this film
    RFP #6:      Denied
    RFP #8:      Produce any agreements with Vision Films relating to this film; correspondence denied
    RFP #9:      Produce agreement with Anchor Bay Entertainment relating to this film
    RFP #10:    Denied
    RFP #13/14: Denied
    RFP #15/16: Produce agreements and results regarding Lamberson; correspondence denied
    RFP #17/18: Denied
    RFP #19-22: Denied
    RFP #23:    Granted
    RFP #24:    Granted
    RFP #25:    Granted
    RFP #26:    Granted
    RFP #27:    Granted
    RFP #28:    Granted

The Court advised counsel that he appreciates counsels' use of the informal discovery conference process and will not award attorneys' fees and/or costs to any party.

## [ ] ORDER FORTHCOMING

| CONVENED: 9:59 AM | ADJOURNED: 10:26 AM | TIME: 27 MINS | CALENDARED [ ] |