J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
         jeffreys@leehayes.com
         rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ELF-MAN, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>RYAN LAMBERSON,<br><br>        Defendant. | No. 2:13-CV-0395-TOR<br><br>DEFENDANT LAMBERSON'S RESPONSE TO PLAINTIFF'S MOTION TO ADD ADDITIONAL DEFENDANT |

Defendant opposes Plaintiff's Motion to Add Additional Defendant (ECF No. 28).

Plaintiff's Motion cites Fed. R. Civ. P. 21 as its basis. Rule 21 does authorize the Court to add a party; however, it does not expressly allow the addition of a fictitious party.

DEFENDANT'S RESPONSE TO
MOTION TO ADD ADDITIONAL
DEFENDANT - 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

State civil procedure rules employed by federal courts under the *Erie v. Tompkins*, 304 U.S. 64 (1938) doctrine as to state law claims in diversity actions sometimes permit an action to be brought against an unknown or unidentified person, usually by designating such person by a fictitious name, with subsequent substitution of the person's true name when it is discovered. *Lindley v. General Elec. Co.*, 780 F.2d 797, 800-01 (9th Cir.1986), cert. denied 476 U.S. 1186 (1986) (finding California's Doe statute to be "substantive" state law under *Erie* doctrine).

Plaintiff's claims against Mr. Lamberson, however, are exclusively federal (17 U.S.C. §301), and there is no such express provision in the Copyright Act for the use of fictitious parties. Likewise, there is no such express provision in the Federal Rules of Civil Procedure for the use of fictitious parties. *Molnar v. National Broadcasting Co.*, 231 F.2d 684, 687 (9th Cir.1956); *Fifty Associates v. Prudential Ins. Co.*, 446 F.2d 1187, 1191 (9th Cir. 1970); *Coupons, Inc. v. Stottlemire*, 588 F. Supp. 2d 1069, 1072 (footnote 2 dismissing Doe defendants in copyright action) (N.D. Cal. 2008); *Buckheit v. Dennis*, 713 F. Supp. 2d 910, 918 (N.D. Cal. 2010).

The Scheduling Order in this case (ECF No. 17) set a February 17, 2014 deadline for a motion to amend the pleadings or to add additional parties. Defendant timely moved to file a Second Amended Answer, Affirmative Defenses, and Counterclaim (ECF No 21.) Although plaintiff timely brought the instant

DEFENDANT'S RESPONSE TO
MOTION TO ADD ADDITIONAL
DEFENDANT - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Motion, it is not proper because no additional party is identified. In other words, plaintiff did not discover any such potentially liable additional party in time to meet the deadline imposed by the Court.

Mr. Lamberson's case has been severed from the combined case. Mr. Lamberson has been served with discovery and has timely responded to all inquiries. Mr. Lamberson has been available for interview or deposition. Mr. Lamberson has alleged in his First Amended Answer, Affirmative Defenses and Counterclaim (ECF No. 18 at pages 26-27) that he did not copy *Elf-Man* nor is he aware of anyone who did.

Indeed, plaintiff's Motion acknowledges that Mr. Lamberson may not be liable. Plaintiff's counsel's Declaration (ECF No. 28-1 at page 2) indicates that plaintiff makes its Motion so it can use this case as a vehicle to "drop" Mr. Lamberson if he is not liable "and to name another party as Defendant." But, if Mr. Lamberson did not infringe, then plaintiff does not prevail on Mr. Lamberson's severed case – there is no "additional party" that is relevant to that inquiry.

In other words, either Mr. Lamberson is liable, or he is not – and this will be decided in this severed case. If plaintiff has evidence that some other person has liability, then it can proceed and bring a new action against that person with a new statute of limitations clock. If plaintiff discovers that Mr. Lamberson somehow

DEFENDANT'S RESPONSE TO
MOTION TO ADD ADDITIONAL
DEFENDANT - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

acted in concert with another person in a manner that violates the Copyright Act, then plaintiff could move to amend at the time that has been discovered, using real liability evidence as the basis for such a motion. This would allow Mr. Lamberson to confront that evidence in a substantive manner and not in a response to a generalized motion to add a fictitious party as is the case in the present Motion. But if plaintiff desires to "drop" Mr. Lamberson because in the end there is no evidence that he is liable under the Copyright Act, then Mr. Lamberson becomes a prevailing party who can request defense attorneys' fees under *Fogerty v. Fantasy,* 510 U.S. 517 (1994), and he should be able to do that unfettered in his severed action.

"Adding" a fictitious party would prejudice Mr. Lamberson. If plaintiff discovers no evidence against Mr. Lamberson, and Mr. Lamberson prevails by summary judgment, then Mr. Lamberson would have to await conclusion of the entire matter in order to pursue costs and attorneys' fees, or to await plaintiff's appeal of his summary judgment.

Defendant respectfully requests that plaintiff's Motion to add a fictitious party be denied.

//

//

//

DEFENDANT'S RESPONSE TO MOTION TO ADD ADDITIONAL DEFENDANT - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

| | |
|---|---|
| 1 | DATED this 28th day of February, 2014. |
| 2 | |
| 3 | LEE & HAYES, PLLC |
| 4 | |
| 5 | By: *s/ J. Christopher Lynch* |
| | J. Christopher Lynch, WSBA #17462 |
| 6 | Jeffrey R. Smith, WSBA #37460 |
| 7 | Rhett V. Barney, WSBA #44764 |
| | 601 W. Riverside Avenue, Suite 1400 |
| 8 | Spokane, WA 99201 |
| 9 | Phone: (509) 324-9256 |
| 10 | Fax: (509) 323-8979 |
| | Emails:   chris@leehayes.com |
| 11 | jeffreys@leehayes.com |
| 12 | rhettb@leehayes.com |

DATED this 28th day of February, 2014.

LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
Jeffrey R. Smith, WSBA #37460
Rhett V. Barney, WSBA #44764
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails:   chris@leehayes.com
              jeffreys@leehayes.com
              rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

DEFENDANT'S RESPONSE TO
MOTION TO ADD ADDITIONAL
DEFENDANT - 5

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2014, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maureen C. VanderMay            efile@vandermaylawfirm.com

LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Email: chris@leehayes.com

DEFENDANT'S RESPONSE TO
MOTION TO ADD ADDITIONAL
DEFENDANT - 6

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979