HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
        jeffreys@leehayes.com
        rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>                               Plaintiff,<br><br>    vs.<br><br>RYAN LAMBERSON,<br><br>                               Defendant. | No. 2:13-CV-00395-TOR<br><br>DECLARATION OF J. CHRISTOPHER LYNCH IN SUPPORT OF DEFENDANT'S LAMBERSON'S RESPONSE TO PLAINTIFF'S MOTIONS IN RESPONSE TO DEFENDANT'S SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM |

DECLARATION OF
J. CHRISTOPHER LYNCH - 1

I, J. Christopher Lynch, declare as follows:

1.     I am over 18 years of age and am competent to testify.  I make this declaration based on my own personal knowledge.  I am one of the attorneys for Defendant, Ryan Lamberson.

2.     Through discovery, Mr. Lamberson requested production of any agreements between Elf-Man LLC and Vision Films, Inc.  Plaintiff produced such an agreement dated May 1, 2012.  That agreement is attached separately under seal as Exhibit 1 hereto.  That agreement at page 1 makes an assignment of the exclusive rights in the movie *Elf-Man* from Elf-Man LLC to Vision Films, Inc. ("Vision Films").

3.     On February 15, 2013, Elf-Man LLC issued a "to whom it may concern" memorandum wherein it acknowledged that it had assigned the exclusive rights in *Elf-Man* to Vision Films.  That memorandum is attached separately under seal as Exhibit 2 hereto.

4.     Vision Films is the plaintiff in the Eastern District of Tennessee, Case No. 3:13-cv-00128, wherein Vision Films states that it is the owner of the exclusive rights in *Elf-Man.* This Complaint is Exhibit 3 of the Second Amended Answer, Affirmative Defenses and Counterclaims (ECF No. 36-3).  Exhibit 13 of that Second Amended Answer, Affirmative Defenses, and Counterclaims is the

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

chart of alleged infringements about which Vision Films complains, and it can be seen that the times and dates of alleged infringement overlap with the times and dates of the charts of alleged infringement in the cases Elf-Man LLC has filed to enforce copyright in the same movie.  Exhibits 4-12 of that Second Amended Answer, Affirmative Defenses, and Counterclaims are the charts from the Elf-Man LLC case which provide the data from which this overlap in time and date of alleged infringement can be seen.

5.    Vision Films takes the position that its customary Sales Agency Agreement gives it the exclusive rights under copyright to enforce the copyright against infringers.  Here are four examples: (1)Vision Films has a Sales Agency Agreement with Ambrosia Pictures Pty Ltd which was the original copyright holder for the film *Blood Money,* and Vision Films is the plaintiff in *Vision Films v. Does 1-30,* Eastern District of Missouri, Case No. 4:13-cv-00020 to enforce that copyright.  (2) Vision Films has a Sales Agency Agreement with D3 Productions LLC which was the original copyright holder for the film *Division III: Football's Finest,* and Vision Films is the plaintiff in *Vision Films v. Does 1-10,* Eastern District of Missouri, Case No. 4:13-cv-00290 to enforce that copyright. (3) Vision Films has a Sales Agency Agreement with Hyrax Entertainment LLC which was the original copyright holder for the film *The Employer,* and Vision Films is the

DECLARATION OF
J. CHRISTOPHER LYNCH - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

plaintiff in *Vision Films v. Does 1-38*, Southern District of Ohio, Case No. 2:13-cv-00855 to enforce that copyright.  (4) Vision Films has a Sales Agency Agreement with Rushlights LLC which was the original copyright holder for the film *Rushlights*, and Vision Films is the plaintiff in *Vision Films v. Does 1-9*, Southern District of Ohio, Case No. 2:13-cv-00856 to enforce that copyright.

6.    Mr. Lamberson has served a Subpoena on Vision Films requesting copies of those Sales Agency Agreements to confirm they are the identical form to that signed by Elf-Man LLC on May 1, 2102.  To date, Vision Films has not produced any of the documents.

7.    Mr. Lamberson has served Requests for Production on Elf-Man LLC to produce any agreements between it and its German "investigators" Daniel Macek and Michael Patzer.  Elf-Man LLC refused to produce these documents. Mr. Lamberson initiated a telephonic discovery conference with the Court which was held February 27, 2014. At the conference, the Court ordered plaintiff to produce these documents or to provide a narrative explanation of the relationship. To date, Elf-Man LLC has not produced any responsive documents or narrative explanation.  Defense counsel has sent reminders and requests to comply with the Order on March 14, 2014 (Exhibit 3 hereto), March 31, 2014 (Exhibit 4), but Elf-Man LLC remains in contempt of the Order.

DECLARATION OF
J. CHRISTOPHER LYNCH - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

8.    We know, however, that plaintiff has been in communication with these investigators because on April 3, 2014, counsel for Elf-Man LLC informed counsel for Mr. Lamberson that Mr. Patzer "will expect to be paid his hourly rate in addition to his travel expenses" in order to be deposed.  (Exhibit 5 hereto at pages 2-3.)  Mr. Patzer is a fact witness residing in Germany identified on the initial disclosures as a fact witness and also as the person responsible for the data provided in response to request for Production No. 12, as plaintiff's counsel identifies in correspondence dated February 27, 2014. (Exhibit 6 hereto).

9.    Mr. Lamberson has served Requests for Production asking Elf-Man LLC to produce copies of the links, trackers, and torrent sites allegedly accessed by Mr. Lamberson to allegedly download the movie.  Nothing has been produced and plaintiff claims it has no such evidence (despite the allegations of the First Amended Complaint ¶¶ 120-121, 127, and 147-149 that defendant accessed these links, trackers and torrent sites).

10.    Mr. Lamberson has served Requests for Production asking Elf-Man LLC to produce copies of the any demand letters or takedown notices to third-parties demanding cessation of infringement of *Elf-Man*. Nothing has been produced and plaintiff claims it has no such evidence.

DECLARATION OF
J. CHRISTOPHER LYNCH - 5

11.     PACER records for the Elf-Man LLC *Elf-Man* case (SD OH Case No. 2:13-cv-00308) show that it was filed on April 3, 2013 and an expedited "Motion for Discovery Prior to Rule 26 Conference" was filed April 24, 2013.  The Court granted the discovery motion on May 5, 2013 and Elf-Man LLC issued its subpoenas. The case was then dismissed by the court on February 7, 2014 for failure to prosecute.

12.     PACER records for the Vision Films *Elf-Man* case (ED TN Case No. 3:13-cv-00128) show that it was filed on March 8, 2013 and an expedited "Motion for Discovery Prior to Rule 26 Conference" was filed at the same time.  The Court granted the discovery motion on April 7, 2013 and Vision Films issued its subpoenas. The case was then dismissed by the court on February 24, 2014 for failure to prosecute.

13.     Mr. Lamberson's Memorandum in Opposition to plaintiff's current Motion cites to a new Ninth Circuit case not yet reported in the Federal Reporter: *Rock River Communications v. Universal Music Group,* ___ F.3d ___, 2014 WL 223689 (January 22, 2014).  A copy of this opinion is attached as Exhibit 7 hereto.

14.     Mr. Lamberson has complied with the procedural pre-requisites for a Motion under Fed. R. Civ. P. 11 for sanctions for failure to withdraw its First Amended Complaint.  That request to withdraw the First Amended Complaint,

DECLARATION OF
J. CHRISTOPHER LYNCH - 6

citing Fed. R. Civ. P. 11 was made by letter to plaintiff's counsel dated October 11, 2013.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of April, 2014, in Spokane, Washington.

LEE & HAYES, PLLC


By: *s/ J. Christopher Lynch*
       J. Christopher Lynch, WSBA #17462
       Jeffrey R. Smith, WSBA #37460
       Rhett V. Barney, WSBA #44764
       601 W. Riverside Avenue, Suite 1400
       Spokane, WA 99201
       Phone: (509) 324-9256
       Fax: (509) 323-8979
       Emails:  chris@leehayes.com
                jeffreys@leehayes.com
                rhettb@leehayes.com

       *Counsel for Defendant Ryan Lamberson*

DECLARATION OF
J. CHRISTOPHER LYNCH - 7

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on the 11th day of April, 2014, I caused to be

4    electronically filed the foregoing with the Clerk of the Court using the CM/ECF

5    system which will send notification of such filing to the following:

6
      Maureen C. VanderMay              efile@vandermaylawfirm.com
7

8

9                                LEE & HAYES, PLLC

10
                                 By: s/ J. Christopher Lynch
11                                   J. Christopher Lynch, WSBA #17462
                                     601 W. Riverside Avenue, Suite 1400
12                                   Spokane, WA 99201
13                                   Phone: (509) 324-9256
                                     Email: chris@leehayes.com
14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF
J. CHRISTOPHER LYNCH - 8

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979