Exhibit 1 is marked "CONFIDENTIAL" and has been filed separately under seal.

It consists of pages 1-16 of the Exhibits to the Declaration of J. Christopher Lynch.

# Exhibit 1