Exhibit 2 is marked "CONFIDENTIAL" and has been filed separately under seal.

It consists of pages 17-18 of the Exhibits to the Declaration of J. Christopher Lynch.

# Exhibit 2