# Exhibit 3

| | |
|---|---|
| **From:** | Chris Lynch |
| **To:** | elfmanwa@vandermaylawfirm.com |
| **Cc:** | Jeffrey Smith; Rhett Barney; Julie Sampson; Lauren Van Winkle |
| **Subject:** | RE: Elfman/Lamberson: Letter dated 3/10/14 Re: Additional Confidential ESI Discovery |
| **Date:** | Friday, March 14, 2014 2:48:00 PM |

Counsel: Before you left the country, we did want to follow up re the outstanding RFP's.

#15 requires the agreements with the investigators. We have not received these and the judge required a written explanation of the relationship even if there are no documents. We are especially concerned whether the agreement was before the monitoring began or after the monitoring began (it appears from what you sent that the monitoring began 10/20/12.) We are also interested if the agreements include an intermediary (e.g. Mr. Lipscomb's firm) between your client/counsel and the investigators.

#25 required a copy of the link the complaint alleges that our client volitionally clicked to allegedly download the movie. We reviewed the documents you sent, but do not see any such copy.

#27 requires copied of any notices your client sent re take-down or other notices to cease infringement.

These are overdue. Failure to provide them is in contravention of the court's order. We would like the production today.

Thank you.

---

**From:** elfmanwa@vandermaylawfirm.com [mailto:elfmanwa@vandermaylawfirm.com]
**Sent:** Monday, March 10, 2014 4:56 PM
**To:** Chris Lynch
**Cc:** elfmanwa@vandermaylawfirm.com
**Subject:** Elfman/Lamberson: Letter dated 3/10/14 Re: Additional Confidential ESI Discovery

Dear Mr. Lynch:

Please see the attached letter from Ms. VanderMay and its enclosures.

Sincerely,

Meagan