# Exhibit 6

Exhibit to Declaration of J. Christopher Lynch

| | |
|---|---|
| **From:** | elfmanwa@vandermaylawfirm.com |
| **To:** | Chris Lynch |
| **Subject:** | RE: Elf-Man/Lamberson: Letter of 02/26/14 Re: Replacement Documents |
| **Date:** | Thursday, February 27, 2014 9:07:28 AM |

Chris, the document was prepared from a database maintained by Mr. Patzer, who is identified in our Initial Disclosures.

Regards,

Maureen

> Ms. VanderMay: Thank you for sending this new list. Can you please tell
> us which witness is responsible for preparing this?
>
>
From: elfmanwa@vandermaylawfirm.com
> [mailto:elfmanwa@vandermaylawfirm.com]
> Sent: Wednesday, February 26, 2014 2:30 PM
> To: Chris Lynch
> Cc: elfmanwa@vandermaylawfirm.com
> Subject: Elf-Man/Lamberson: Letter of 02/26/14 Re: Replacement Documents
>
>
> Dear Mr. Lynch:
>
> Please see the attached letter from Ms. VanderMay, as well as the
> enclosures.
>
> Thank you,
>
> Meagan
>

Exhibit to Declaration of J. Christopher Lynch