# Exhibit 2

Elf-Man LLC
7820B Wormans Mill Rd. Ste 222
Frederick, MD 21701
United States

February 15th, 2013

To whom it may concern,

We confirm that Elf-Man LLC which current address is 7820B Wormans Mill Rd. Ste 222 is the major production company of the movie "Elf Man". Elf-Man LLC was responsible of the operation and control of the project. Elf-Man LLC is the copyright holder of the movie.

We hereby confirm that Vision Films is the international sales agent for this movie.

To ensure the best possible worldwide distribution of the movie "Elf Man" we licensed within the Sales Agent Agreement the right to make claims by itself against international illegal downloads, uploads and / or streaming the movie via the internet or wireless worldwide.

We authorize Vision Films by itself, or in the name of Elf-Man LLC as required by law, or through an appropriate anti-piracy organization to undertake such actions as Vision Films believes necessary or appropriate to protect against piracy of any of the licensed rights in the "Elf Man" throughout the territory for the agency period and any applicable distribution term, as set out in the agency agreement. Such actions may include registering the motion picture or recording any documents with governmental authorities, sending or having cease and desist letters and notices of infringement sent, and bringing, prosecuting, defending and appearing in all suits, actions and proceedings concerning any piracy, infringement or misappropriation of any of the licensed rights in the motion picture throughout the territory during the agency period or any applicable distribution term. Vision Films will advance all costs for undertaking such anti-piracy actions.

Yours sincerely,

Kurt Uebersax, Executive Producer
Elf-Man LLC
COPYRIGHT OWNER

CONFIDENTIAL ELF000208