# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| ELF-MAN LLC, | | Case No. 13-CV-0395-TOR |
|---|---|---|
| | Plaintiff, | **CIVIL MINUTES** |
| vs. | | DATE: 5/9/2014 |
| RYAN LAMBERSON, | | LOCATION: Spokane |
| | Defendant. | **TELEPHONIC DISCOVERY CONFERENCE** |

**JUDGE THOMAS O. RICE**

| Linda Hansen | LC 02 | | Debra Clark |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Maureen C VanderMay | | Jeffrey R Smith | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ ] **Open Court**          [ ] **Chambers**          [X] **Telephonic**

All parties present by telephone. The Court has read the submissions of the parties.

Maureen VanderMay addressed the Court requesting a structured discovery plan.
Jeffrey Smith addressed the Court in response.

The Court and counsel discussed depositions of the parties; forensic analysis of defendant's computer and the ability of Mr. Crowell to attend the depositions in this matter.

The Court declined to issue a discovery order at this time. The defendant is entitled to start the process for letters rogatory. The parties were encouraged to work together to schedule depositions and accomplish the forensic analysis of defendant's computer. Mr. Crowell is entitled to attend the depositions, but must be admitted pro hac vice to participate.

| CONVENED: 11:32 AM | ADJOURNED: 11:56 AM | TIME: 24 MINS | CALENDARED [ ] |
|---|---|---|---|