HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
         jeffreys@leehayes.com
         rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC, | No. 2:13-CV-00395-TOR |
| Plaintiff, | SECOND DECLARATION OF J. CHRISTOPHER LYNCH IN SUPPORT OF DEFENDANT'S REPLY ON MOTION TO COMPEL DISCOVERY OR FOR ISSUANCE OF LETTERS OF REQUEST |
| vs. | |
| RYAN LAMBERSON, | |
| Defendant. | |

I, J. Christopher Lynch, declare as follows:

1.     I am over 18 years of age and am competent to testify.  I make this declaration based on my own personal knowledge.  I am one of the attorneys for Defendant, Ryan Lamberson (hereinafter, "Mr. Lamberson").

SECOND DECLARATION OF
J. CHRISTOPHER LYNCH - 1

2.      Motions are pending in the District of Maryland in Cases 1:14-cv-0223, 1:14-cv-0257; and 1:14-cv-0263 (all captioned Malibu Media Inc v. Does) which are relevant to the two pending Motions in this matter (ECF Nos. 37 and 42).

3.      In those Maryland matters, the accused Does have brought Motions to Show Cause why the evidence and testimony of Michael Patzer and Tobias Fieser should be excluded and the cases consequently dismissed for lack of admissible evidence. In the 1:14-cv-0223 case, this Motion is ECF No. 8 and 9; the Response is ECF No. 19; the Reply is ECF No. 27.

4.      As Exhibit A, I attach a copy of the Reply Brief in that Maryland action (ECF No. 27) because it cites to evidence in this case Elf-Man v. Lamberson.  The Reply explains that Mr. Patzer is the same witness as in the Lamberson case, and that Mr. Fieser plays the same role in the Maryland case that Mr. Macek plays in the Lamberson case.

5.      In both the Maryland cases and in this Washington case, the accused defendants are confronted with evidence only from German investigators and in both cases the plaintiff has not been forthright as to the relationships of the plaintiff to the investigators.

6.      The Motions, evidence, and argument in the Maryland actions is further evidence that Elf-Man LLC is engaged in sham litigation in this case, warranting

SECOND DECLARATION OF
J. CHRISTOPHER LYNCH - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

denial of plaintiff's pending Motion to Dismiss (ECF No. 37) and warranting granting of defendant's pending Motion to Compel (ECF No. 42).

7.    Additionally, plaintiff's counsel has yet to reply as to the discovered discrepancies of the locations of the witnesses it suggests Mr. Lamberson travel to Germany to depose.   I wrote to plaintiff's counsel showing the discrepancy on May 19, 2014 (ECF No. 51-9) and again on May 22, 2014 (ECF No. 53-1).   The discrepancies include that Mr. Patzer is identified in the Initial Disclosures in this case as residing in Germany, but in another case as residing in the United Kingdom. As of this date, Plaintiff's counsel has provided no answer to this inquiry.

8.    Plaintiff's inability to identify the country of residence and addresses of its only witnesses is additional evidence that the equities warrant granting of defendant's pending Motion to Compel (ECF No 42).

9.    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

//

//

//

//

//

SECOND DECLARATION OF
J. CHRISTOPHER LYNCH - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

DATED this 2nd day of June, 2014, in Spokane, Washington.

LEE & HAYES, PLLC


By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
Jeffrey R. Smith, WSBA #37460
Rhett V. Barney, WSBA #44764
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails:     chris@leehayes.com
            jeffreys@leehayes.com
            rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

SECOND DECLARATION OF
J. CHRISTOPHER LYNCH - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on the 2nd day of June, 2014, I caused to be electronically

filed the foregoing with the Clerk of the Court using the CM/ECF system which will

4

5

send notification of such filing to the following:

6

Maureen C. VanderMay          efile@vandermaylawfirm.com

7

8

9

LEE & HAYES, PLLC

10

By: *s/ J. Christopher Lynch*

11

J. Christopher Lynch, WSBA #17462

601 W. Riverside Avenue, Suite 1400

12

Spokane, WA 99201

13

Phone: (509) 324-9256

Email: chris@leehayes.com

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF
J. CHRISTOPHER LYNCH - 5

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979