HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
        jeffreys@leehayes.com
        rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ELF-MAN, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RYAN LAMBERSON<br><br>　　　　　　Defendants. | No. 2:13-CV-00395-TOR<br><br>JOINT LR 37.1(b) STATEMENT |

Per the requirements of LR 37.1(b), the parties have conferred and attempted to resolve their differences. The discovery has not been provided and the parties each make separate statements on the issue:

1. <u>Plaintiff Elf-Man LLC</u>: Defendant's motion should be denied because (1) Plaintiff has moved to dismiss with prejudice all claims and unconditionally confirmed that it will not seek to enforce the asserted copyright claims (Dkt. No. 59) and Defendant's declaratory judgment claims should be dismissed, resulting in

JOINT LR 37.1(b) STATEMENT - 1

termination of this case, mooting any discovery issue; (2) Defendant's motion cannot be heard because there was never a good faith LR 37.1 conference with counsel of record; (3) objections were timely served, as confirmed by the certificate of service and testimony of prior attorney of record and legal assistant; and (4) Defendant seek privileged or work product materials that need not be produced under well-established legal authority.

      2.    <u>Defendant Ryan Lamberson</u>: Defendant has served three Requests for Production that are the subject of the pending Motion to Compel. The requests are of discoverable information. Plaintiff's Objections were served on Defendant, but were not timely served as the Motion to Compel demonstrates, and, therefore, said objections are waived. Plaintiff has not provided the documents or any privilege log as required by Fed. R. Civ. P. 26(b)(5)(A). Plaintiff claims there was no LR 37.1(b) conference, but Defendant's motion certifies the attempts to obtain the documents without Court action prior to filing pursuant to Fed. R. Civ. P. 37(a)(1). Defendant informed Plaintiff of the required LR 37.1(b) Statement (due 14 days before the hearing) on the date of filing of the Motion to Compel and Defendant offered Plaintiff two time-slots today to discuss the matter, but plaintiff declined to be available. Consequently, Defendant provided its statement in advance to Plaintiff and invited the Plaintiff to submit its own statement which it did. Plaintiff cannot claim there was no good faith conference when it declined to participate.

///

///

JOINT LR 37.1(b) STATEMENT - 2

1  DATED this 30th day of June, 2014.
2
3                              LEE & HAYES, PLLC
4
5                              By: *s/ J. Christopher Lynch*
                                   J. Christopher Lynch, WSBA #17462
                                   Jeffrey R. Smith, WSBA #37460
6                                  Rhett V. Barney, WSBA #44764
                                   601 W. Riverside Avenue, Suite 1400
7                                  Spokane, WA 99201
                                   Phone: (509) 324-9256
8                                  Fax: (509) 323-8979
                                   Emails:  chris@leehayes.com
9                                           jeffreys@leehayes.com
                                            rhettb@leehayes.com
10
                               *Counsel for Defendant Ryan Lamberson*
11
12
13
14
15
16
17
18
19
20
21
22
23
24  JOINT LR 37.1(b) STATEMENT - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2014, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Lowe          lowe@lowegrahamjones.com

LEE & HAYES, PLLC

By: *s/ J. Christopher Lynch*
J. Christopher Lynch, WSBA #17462
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Email: chris@leehayes.com

JOINT LR 37.1(b) STATEMENT - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979