HONORABLE THOMAS O. RICE

J. CHRISTOPHER LYNCH, WSBA #17462
JEFFREY R. SMITH, WSBA #37460
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails: chris@leehayes.com
        jeffreys@leehayes.com
        rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>                              Plaintiff,<br><br>      vs.<br><br>RYAN LAMBERSON,<br><br>                              Defendant. | No. 2:13-CV-00395-TOR<br><br>MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL<br><br>Without Oral Argument<br>DATE:  July 31, 2014 at 6:30 p.m. |

Defendant Ryan Lamberson Moves this Court to Strike Plaintiff's Opposition to Defendant's Motion to Compel, ECF No. 62, and its associated Declarations of David Lowe, ECF No. 62-1, Maureen VanderMay, ECF No. 62-2, and Meagan Sweeten, ECF No. 62-3. This Motion is brought pursuant to Fed. R. Civ. P. 12(f); LR 7.1(b)(2)(B)(1) and LR 7.1(d). The Court has discretion under

MOTION TO STRIKE - 1

Fed. R. Civ. P. 12(f) to strike a pleading as well as portions thereof. *Federal Savings and Loan v. Gemini Management,* 921 F.2d 241, 243 (9ᵗʰ Cir. 1990).

The basis for this Motion to Strike is that plaintiff's Opposition and its supporting Declarations were not timely filed, as required by this Court's Local Rules. Local Rule 7.1 of the Eastern District of Washington establishes the procedure for the filing and timing of filing of memoranda regarding Motions. Local Rule 7.1(b) requires that a Responsive Memorandum "shall be filed" "within 14 days after the filing of a nondispositive motion" and "the time periods set forth in this section include the additional 3-day period allowed under Fed. R. Civ. P. 6(d) and Fed. R. Crim. P. 45(c) and, therefore, apply regardless of the method of service." Local Rule 7.1(d) includes the associated penalty for violation of the motion rules: "The failure to comply with the requirements of LR 7.1(a) or (b) may be deemed consent to the entry of an Order adverse to the party who violates the rules."

Mr. Lamberson's Motion to Compel Discovery, ECF No. 57, was filed on Friday, June 13, 2014. Fourteen days after Friday, June 13, 2014, would be Friday June 27, 2014. Plaintiff's responsive memorandum, ECF No. 62, was filed on Monday, June 30, 2014, seventeen days after the date of filing of the Motion to Compel. This is not timely under the Local Rules. Plaintiff's late filing prejudices Mr. Lamberson who must now prepare a Reply Memorandum and associated Declaration to counter the misleading Opposition filed by plaintiff in violation of the rules. "[T]he function of a Rule 12(f) motion to strike is to avoid the

MOTION TO STRIKE - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

expenditure of time and money that must arise from litigating spurious issues….” *Sidney-Vinstein v. A.H. Robins Co.,* 697 F.2d 880, 885 (9th Cir. 1983).

Plaintiff did not file any Motion for Extension of Time prior to or simultaneously with its responsive memorandum. The Court has not granted any such extension or waiver from the requirements of LR 7.1(b).  No explanation for the lateness of the responsive memorandum has been provided.  In fact, plaintiff's responsive memorandum and its supporting declarations were filed on June 30, 2014, only after (i) defendant had requested a meeting of counsel under LR 37.1(b) in which plaintiff did not participate, and (ii) defendant had submitted the Joint Statement, ECF No. 61, required by that rule which identifies plaintiff's failure to participate in such a meeting. Plaintiff's counsel does not appear to have been otherwise detained without access to the Court on the due date of Friday, June 27, 2014, since the plaintiff and its counsel did file Motions for Default Judgment asking for attorneys' fees on that same date (Case No. 2:13-cv-00126-TOR, ECF No.108 and Case No.2:13-cv-00115-TOR, ECF No. 112).

Mr. Lamberson respectfully requests that this Court issue an Order striking Plaintiff's Opposition to Defendant's Motion to Compel and its associated Declarations. Pursuant to LR 7.1(d), Mr. Lamberson respectfully requests an Order granting his Motion to Compel. Pursuant to LR 37.1(d) and Fed. R. Civ. P. 37(a)(5), Mr. Lamberson respectfully requests an award of costs, attorneys' fees and sanctions including dismissal of plaintiff's case for plaintiff's inappropriate practices.

MOTION TO STRIKE - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

DATED this 1st day of July, 2014.

LEE & HAYES, PLLC

By: _s/ J. Christopher Lynch_
J. Christopher Lynch, WSBA #17462
Jeffrey R. Smith, WSBA #37460
Rhett V. Barney, WSBA #44764
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails:  chris@leehayes.com
         jeffreys@leehayes.com
         rhettb@leehayes.com

*Counsel for Defendant Ryan Lamberson*

MOTION TO STRIKE - 4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2014, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Lowe                lowe@lowegrahamjones.com

LEE & HAYES, PLLC

By: s/ J. Christopher Lynch
　　J. Christopher Lynch, WSBA #17462
　　601 W. Riverside Avenue, Suite 1400
　　Spokane, WA 99201
　　Phone: (509) 324-9256
　　Fax: (509) 323-8979
　　Email: chris@leehayes.com

MOTION TO STRIKE - 5