Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Maureen C. VanderMay and
The VanderMay Law Firm

# UNITED STATES DISTRICT COURT
## DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC, | |
| Plaintiff, | No. 2:13-CV-00395-TOR |
| vs. | NOTICE OF APPEARANCE |
| RYAN LAMBERSON, | |
| Defendant. | |

TO THE ABOVE-NAMED PLAINTIFF ELF-MAN, LLC, AND TO YOUR ATTORNEY DAVID A. LOWE; AND TO

DEFENDANT RYAN LAMBERSON AND YOUR ATTORNEY, J. CHRISTOPHER LYNCH.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE Collette C. Leland

of the firm of Winston & Cashatt, Lawyers, a Professional Service Corporation, hereby

NOTICE OF APPEARANCE
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

enters its appearance in the above-entitled case as attorneys for Maureen C. VanderMay, and The VanderMay Law Firm for the limited representation of responding to Defendant's Motions for Sanctions, and requests that any and all further pleadings, papers or notices, except original process, in the above-entitled cause be served upon the undersigned attorneys for defendant at the address below stated.

DATED this 1st day of August, 2014.

s/Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS
Attorneys for Maureen C. VanderMay and
The VanderMay Law Firm
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile:  (509) 838-1416
E-mail Address:  ccl@winstoncashatt.com

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1        I hereby certify that on August 1, 2014, I electronically filed the foregoing with the

2    Clerk of the Court using the CM/ECF System which will send notification of such filing

3    to the following:

4

5    David A. Lowe
     lowe@lowegrahamjones.com

6

7    J. Christopher Lynch
     chris@leehayes.com

8

9                                                 s/Collette C. Leland, WSBA No. 40686

10                                              WINSTON & CASHATT, LAWYERS
                                                Attorney for Maureen C. VanderMay and

11                                              The VanderMay Law Firm
                                                601 W. Riverside, Ste. 1900

12                                              Spokane, WA 99201
                                                (509) 838-6131

13                                              Facsimile:  (509) 838-1416

14                                              E-mail Address:  ccl@winstoncashatt.com

15

16

17

18

19

20

21

22

23

24

NOTICE OF APPEARANCE
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131