# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| ELF-MAN LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0395-TOR |
| | ) |
| RYAN LAMBERSON, | ) |
| *Defendant* | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the *(name)* defendant _____ recover from the *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All of Plaintiff/Counter Defendant Elf-Man's claims and causes of action in this matter are DISSMISSED with prejudice and all of Defendant's counterclaims are DISMISSED without prejudice. The Court ordered that Defendant Ryan Lamberson recover from Plaintiff Elf-Man $101,187.44, plus post judgment interest at the rate of .25% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on a Motion to Dismiss (ECF No. 59) and Motion for Attorneys Fees and Costs at (ECF No. 75).

Date: January 9, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen