Case 2:13-cv-00395-TOR    ECF No. 128    filed 12/04/17    PageID.3244    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELF-MAN, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>RYAN LAMBERSON,<br><br>            Defendant. | NO:  2:13-CV-0395-TOR<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

   BEFORE THE COURT are Plaintiff Elf-Man and attorney Maureen VanderMay's Motions for Extensions of Time to File Response/Reply (ECF Nos. 121; 122, respectively) in regard to Washington Center for Justice's Motion to Intervene (ECF No. 114) and the Center for Justice and Defendant Ryan

ORDER GRANTING MOTION FOR EXTENSION OF TIME ~ 1

Lamberson's Motions to Unseal (ECF Nos. 116; 119[1]). The motions were submitted for hearing without oral argument. Having reviewed the motions, the completed briefing and the files therein, the Court is fully informed. For good cause shown, and in the interest of giving the interested parties adequate time to respond to the motions to intervene and unseal, the Motions to extend time to file a response (ECF Nos. 121; 122) are **GRANTED**.

In this closed case, the Center for Justice submitted its Motion to Intervene (ECF No. 114) and a corresponding Motion to Unseal (ECF No. 116) on October 31, 2017. On November 14, 2017 and November 15, 2017, Plaintiff's counsel of record and Ms. VanderMay filed an untimely motion to extend the time to file a response, requesting additional time due to Plaintiff's counsel's alleged inability to make timely contact with Plaintiff Elf-Man and VanderMay's alleged inability to access the relevant documents subject to the motions to unseal, respectively. ECF Nos. 121; 122.

Notably, the motions to unseal were filed nearly three years after the Court's ultimate disposition granting Defendant's Motion for Attorney Fees entered on

---

[1] Although not a formal motion, the Court is construing Defendant's Memorandum in Support (ECF No. 119) as an independent motion to unseal the requested exhibits.

ORDER GRANTING MOTION FOR EXTENSION OF TIME ~ 2

1  January 9, 2015 (ECF Nos. 110; 111). Although the Center for Justice and

2  Defendant oppose the motions for extension to file a response, ECF Nos. 123; 124,

3  the moving parties merely request an extension until early January of 2018 given

4  the holiday season. In light of the significant amount of time that has passed since

5  the ultimate disposition of the case and the minimal delay of a little over one

6  month, the Court finds that a short extension is warranted.

7  **ACCORDINGLY, IT IS HEREBY ORDERED**:

8  1. The Motions to Extend Time to File Response/Reply (ECF Nos. 121;

9  122) are **GRANTED**. Plaintiff Elf-Man and attorney Maureen

10  VanderMay shall file any response to the motions to intervene and unseal

11  **by January 9, 2018**.

12  2. The Clerk of Court shall reopen this closed case to accommodate these

13  collateral proceedings.

14  The District Court Executive is hereby directed to enter this Order and

15  furnish a copy to the parties.

16  **DATED** December 4, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME ~ 3