Bonnie E. MacNaughton
James H. Wendell
Ross Siler
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email:  bonniemacnaughton@dwt.com
          jamiewendell@dwt.com
          rosssiler@dwt.com

Attorneys for Plaintiff Elf-Man, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| ELF-MAN, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RYAN LAMBERSON,<br><br>　　　　　　　Defendants. | No. 2:13-cv-00395-TOR<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ELF-MAN, LLC TO RESPOND TO INTERVENOR'S MOTION TO INTERVENE AND UNSEAL** |

**I.     STIPULATION**

Elf Man, LLC ("Elf-Man") and the Center for Justice ("CFJ"), by and through undersigned counsel, hereby stipulate as follows:

On October 31, 2017, CFJ filed a Motion to Intervene for the Limited Purpose of Challenging the Sealing of Court Records, ECF No. 114, and a Motion to Unseal Exhibits, ECF No. 116 (collectively "Motions").

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND - 1
(No. 2:13-cv-00395 -TOR)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

On December 4, 2017, the Court granted an extension for Elf-Man to respond to CFJ's Motions until January 9, 2018. ECF No. 128.

Elf-Man and CFJ are currently engaging in discussions to resolve the issues raised in CFJ's Motions. To continue these discussions, the parties have agreed to extend Elf-Man's response deadline by one week through January 16, 2018.

DATED this 8th day of January, 2018.

| KIRK D. MILLER, P.S. | DAVIS WRIGHT TREMAINE LLP |
| Attorneys for Intervenor | Attorneys for Elf-Man, LLC |

By *s/ Kirk D. Miller*
Kirk D. Miller, WSBA 40025
KIRK D. MILLER, P.S.
421 W. Riverside Avenue, Suite 660
Spokane, Washington 99201-0410
Telephone: (509) 413-1494
Facsimile: (509) 413-1724
Email: kmiller@millerlawspokane.com

By *s/ Ross Siler*
Bonnie MacNaughton, WSBA #36110
James Wendell, WSBA #46489
Ross Siler, WSBA #46486
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206.622.3150
Facsimile: 206.757.7700
Email:  bonniemacnaughton@dwt.com
           jamiewendell@dwt.com
           rosssiler@dwt.com

## I.   ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED, that Elf-Man, LLC's deadline to respond to the Center for Justice's Motion to Intervene for the Limited Purpose of Challenging the Sealing of Court Records, ECF No. 114, and Motion to Unseal Exhibits, ECF No. 116, is extended from January 9, 2018 to and through January 16, 2018.

DATED this _____ day of January, 2018.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND - 2
(No. 2:13-cv-00395 -TOR)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3       _____
4       THOMAS O. RICE
        UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND - 3
(No. 2:13-cv-00395 -TOR)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 8th day of January 8, 2018.

                                  Davis Wright Tremaine LLP
                                  Attorneys Elf-Man, LLC

                              By *s/ Ross Siler*
                                  Ross Siler, WSBA #46486

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND - 4
(No. 2:13-cv-00395 -TOR)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax