UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ELF-MAN, LLC, | NO: 2:13-CV-0395-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO UNSEAL |
| RYAN LAMBERSON, | |
| Defendant. | |

BEFORE THE COURT are the Washington Center for Justice's Motion to Intervene (ECF No. 114), the Center for Justice's Motion to Unseal (ECF No. 116), and the Parties Stipulated Motion Regarding Motions to Intervene and Unseal (ECF No. 132). The motions were submitted for hearing without a request for oral argument.

//

//

ORDER GRANTING STIPULATED MOTION TO UNSEAL ~ 1

The Center for Justice first filed the Motion to Intervene (ECF No. 114) and Motion to Unseal (ECF No. 116) in late October 2017. Defendant Lamberson filed a memorandum in support of the Center for Justice's Motion to Unseal soon thereafter. ECF Nos. 118; 119. Ms. VanderMay (as past counsel for Plaintiff) and Plaintiff Elf-Man filed their initial response objecting to the motions and asking for additional time to respond. ECF Nos. 121; 122. After the Court granted a brief extension of time to respond, Ms. VanderMay submitted a final response seeking to correct the record, but ultimately did not oppose the motions. ECF No. 130. Soon thereafter, Plaintiff Elf-Man and the Center for Justice submitted a stipulated Motion to Unseal, where Elf-Man has conceded to the unsealing of all six of the sought documents except for certain financial terms in one of the documents. *See* ECF No. 132.

Having reviewed the motions, the completed briefing and the files therein, the Court is fully informed. Pursuant to the Parties' stipulation and for good cause shown, the Motion to Intervene (ECF No. 114) and the Stipulated Motion to Unseal (ECF No 132) are **GRANTED** in accordance with the limitation placed by the Parties in ECF No. 132.

//

//

//

ORDER GRANTING STIPULATED MOTION TO UNSEAL ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Intervenor Center for Justice's ("CFJ") Motion to Intervene for the Limited Purpose of Challenging the Sealing of Court Records, ECF No. 114, is **GRANTED**.

2. The Parties Stipulated Motion Regarding Motion to Intervene and Unseal (ECF No. 132) is **GRANTED** in accordance with the limitations specified. Intervenor CFJ's Motion to Unseal Exhibits, ECF No. 116, is **GRANTED IN PART**, as explained below:

    a. The Court **DENIES** CFJ's request to unseal ECF No. 40-1: Exhibit 1 to the Declaration of Christopher J. Lynch in Opposition to Elf-Man's Motion to Dismiss. The Court finds that this document contains sensitive commercial financial information that could harm Elf-Man (and others) if made public. The Court, therefore, finds good cause to keep this document under seal. The non-sensitive portions of ECF No. 40-1 have now been made part of the public record and are filed at ECF No. 132-1.

    b. The Court **GRANTS** CFJ's request to unseal the following documents: ECF Nos. 40-2, 44, 52, 66, and 85. The Clerk of Court shall **unseal** ECF Nos. 40-2, 44, 52, 66, and 85 and thereby make them part of the public record.

3. The parties shall bear their own costs in connection with all matters relating to the Motion to Intervene for the Limited Purpose of Challenging the Sealing of Court Records, ECF No. 114 and the Motion to Unseal Exhibits, ECF No. 116.

The District Court Executive is hereby directed to enter this Order, furnish a copy to the parties, and re-**close** the file.

**DATED** February 5, 2018.



_____
THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO UNSEAL ~ 4